DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Tevin Tan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TEVIN TAN,

    Defendant

Case No.: 2:10 CR 00262 WBS

STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME

    The parties agree that time beginning November 14, 2011 and extending through December 5, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).

    The parties need additional time to finalize details of a possible plea agreement. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

    The parties further request that this matter be taken off the November 14, 2011, calendar and be rescheduled to December 5, 2011 at 9:30 a.m.

STIP AND ORDER TO EXTEND TIME - 1

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |

Date: 11-10-11                                        By:    /s/ Danny D. Brace, Jr.,
                                                      DANNY D. BRACE, JR.,
                                                      Attorney for
                                                      Tevin Tan


Date: 11-10-11                                        By:    /s/ Todd D.Leras
                                                      Authorized to sign for Mr. Leras
                                                      On November 10, 2011
                                                      TODD D. LERAS
                                                      Assistant U.S. Attorney


**IT IS SO ORDERED:**

Dated:   November 10, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE