DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Tevin Tan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>TEVIN TAN,<br><br>   Defendant | Case No.: 2:10 CR 00262 WBS<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

  The parties agree that time beginning February 21, 2012 and extending through March 19, 2012 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).

  The parties need additional time to finalize details of a possible plea agreement. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

STIP AND ORDER TO EXTEND TIME - 1

The parties further request that this matter be taken off the February 21, 2012, calendar and be rescheduled to March 19, 2012 at 9:30 a.m.

Respectfully submitted,

Date: 2-15-12					By:	/s/ Danny D. Brace, Jr.,
						DANNY D. BRACE, JR.,
						Attorney for
						Tevin Tan

Date: 2-15-12					By:	/s/ Todd D.Leras
						Authorized to sign for Mr. Leras
						On February 15, 2012
						TODD D. LERAS
						Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: February 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE